IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BRUCE LEROY PERRY,　　　　　§
　　　　　　　　　　　　　　§
VS.　　　　　　　　　　　　§　CIVIL ACTION NO.4:08-CV-028-Y
　　　　　　　　　　　　　　§
NATHANIEL QUARTERMAN,　　§
Director, T.D.C.J.　　　　§
Correctional Institutions Div., §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Bruce Leroy Perry under

28 U.S.C. § 2254, the Court has made an independent review of the

following matters in the above-styled and numbered cause:

1.　　The pleadings and record;

2.　　The proposed findings, conclusions, and recommendation of
　　　the United States magistrate judge filed on January 23,
　　　2009; and

3.　　The petitioner's written objections to the proposed
　　　findings, conclusions, and recommendation of the United
　　　States magistrate judge filed on February 13, 2009.

The Court, after **de novo** review, concludes that the Peti-

tioner's objections must be overruled, and that the petition for

writ of habeas corpus should be denied, for the reasons stated in

the magistrate judge's findings and conclusions, and as set forth

herein.

In his written objections to the magistrate judge's report and

recommendation, Perry recites additional allegations of ineffective

assistance of counsel. These particular claims have never been

raised, and are not properly before the Court. Further, Perry did

not raise the claims in his state application for writ of habeas

corpus, and if he now returned to state court, such claims would be

procedurally barred under the Texas abuse of the writ doctrine.

Thus, even to the extent the Court were to construe the objections as raising amended claims for relief, all such new grounds for relief asserted in the objections are procedurally defaulted and barred from this Court's review.[1]

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Bruce Leroy Perry's petition for writ of habeas corpus is DENIED.

SIGNED February 18, 2009.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1]*See generally Nobles v. Johnson,* 127 F.3d 409, 423 (5th Cir. 1997)(finding unexhausted claim, which would be barred by the Texas abuse-of-the-writ doctrine if raised in a successive state habeas petition, to be procedurally barred).